FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION, a Taiwanese corporation, <br><br>       Plaintiff - Appellee/ Cross - Appellant, <br><br>  v. <br><br>LSI CORPORATION, a Delaware corporation and AGERE SYSTEMS LLC, <br><br>       Defendants - Appellants/ Cross - Appellees. | Nos. 14-16319; 14-16429 <br><br> D.C. No. 5:12-cv-03451-RMW Northern District of California, San Jose <br><br> ORDER |

These appeals are stayed.

The assessment conference scheduled for September 24, 2014, is taken off calendar.

On or before January 9, 2015, counsel shall provide a joint status report by email to all counsel and the Circuit Mediator (Peter_Sherwood@ca9.uscourts.gov).

                                      FOR THE COURT:

                                      By: Peter W. Sherwood
                                      Circuit Mediator

PWS/Mediation